**Booked G017929**
Name and Prisoner/Booking Number

**3250 W. Lower Buckeye Road**
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ☒  LODGED ☐
RECEIVED ☐  COPY ☐
AUG 14 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**Dexter Richard Johnson**,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) **Lisa Ann Landerburg**,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01660-PHX-SMB--ESW**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: **Superior Court**

2. Institution/city where violation occurred: **Lower Buckeye Jail, Phoenix**

3.

550/555

## B. DEFENDANTS

1. Name of first Defendant: **LISA ANN VANDERBURG**. The first Defendant is employed as: **Judge** at **SUPERIOR COURT**.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **3**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Dexter Richard Johnson** v. **LISA ANN VANDERBURG**
      2. Court and case number: **Superior Court CR2021111113**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **It is still pending**

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

19 AVE AVE Buckeye

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **Dew process And My Civil Rights WAS Violated And Constitutional Right**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☒ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   LISA ANN VAnDerBurg HAS Violated My Civil Rights Dew process. I've Been lock up for 2 years Repeating Court process. My Constitutional Rights WAS Violated. SHE Put A Warrant on ME And Am Still in Jail for Failure to Appear And I DID Appear At Court the Judge Had the Wrong Court Day. I Should Have Been Release. But I DID Appear At Court on 4/24/2023 And the Male Clerk told me I Don't Have No More Court Days Right Now, Because me And lawyer was going to Have Master Calendar. Am Here Against My Will. My Judge Quash My Warrant And Am Still Here with No Hold And No Warrants.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I lost My two cars by Being in Jail for Something I DiDnt Do. My cases is from March 19, 2021

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

### E. REQUEST FOR RELIEF

State the relief you are seeking: Am looking for $ 5,000,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-17-2023
DATE

_Dexter Johnson_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# **CERTIFICATION**

I hereby certify that on this date _____AUG 7 - 2023_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and two (2) copies to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____/s/ [signature]_____  _____
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009